NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FREDDIE SOLOMON,                          )
                                         )
        Appellant,                     )
                                         )
v.                                        )     Case No. 2D17-3741
                                         )
STATE OF FLORIDA,                         )
                                         )
        Appellee.                      )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Freddie Solomon, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.